UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRYSLER GROUP LLC,

    Plaintiff,

v.                                                         Case No. 13-14749

HARVEY INDUSTRIES, LLC,

    Defendant.
_____/

CALLIDUS CAPITAL CORP.,

    Plaintiff,

v.                                                         Case No. 14-10484

CHRYSLER GROUP LLC,

    Defendant.
_____/

## ORDER APPOINTING MEDIATOR

On January 9, 2015, the court conducted a telephone conference and determined that the most efficient manner in which to proceed in these two cases was to send the cases to a voluntary mediation. Because the parties had been unable to select a mediator, the court proposed Mr. Earle I. Erman. The parties determined that they had no conflicts with Mr. Erman, and agreed that he would make a suitable mediator in this case. The court directed that the mediator's fees would be born jointly by Chrysler and Callidus. Accordingly,

IT IS ORDERED that Earle I. Erman of the law firm of Erman, Teicher, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, MI 48034, phone: (248) 827-4100, eerman@ermanteicher.com, is APPOINTED as a mediator in the above-captioned cases. Counsel for the parties must contact Mr. Erman forthwith to arrange for a facilitative mediation of all outstanding disputes between the parties in both cases. The mediation must be completed on or before **February 27, 2015**. The mediator is granted the discretion to schedule sessions with the parties as necessary to facilitate resolution of this dispute. All parties or individuals with settlement authority are required to attend the mediation sessions. All parties are directed to attend all mediation sessions with their respective counsel of record. Corporate parties must be represented by an agent with authority to negotiate a binding settlement. The parties must make financial arrangements to compensate the mediator on terms that are acceptable to him, provided however, that the mediator's hourly rate is fixed at $400.00 per hour.

　　　　　　　　　　　　　　　　　　　S/Robert H. Cleland
　　　　　　　　　　　　　　　　　　　ROBERT H. CLELAND
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: January 27, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 27, 2015, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　　　　S/Lisa Wagner
　　　　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk
　　　　　　　　　　　　　　　　　　　(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\13-14749.CHRYSLER.Mediation.wpd