**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRYSLER GROUP LLC,

       Plaintiff,

v.                                                            Case No. 13-14749

HARVEY INDUSTRIES, LLC,

       Defendant.
_____/

CALLIDUS CAPITAL CORP.,

       Plaintiff,

v.                                                            Case No. 14-10484

CHRYSLER GROUP LLC,

       Defendant.
_____/

**ORDER CONTINUING FACILITATION DEADLINE AND SCHEDULING IN PERSON**
**STATUS CONFERENCE WITH MEDIATOR**

On January 27, 2015, the court appointed Mr. Earle I. Erman as a mediator in the above-captioned matters, and directed that the mediator's fees would be born jointly by Chrysler and Callidus.  Since that time, facilitation efforts have been ongoing, with the mediator periodically updating the court's staff, in general terms about the timing and productivity of the meetings.  According to the most recent, informal, update, the mediator believes progress is being made and that additional time for their efforts is warranted.  Based on this representation,

IT IS ORDERED that the facilitation deadline is CONTINUED until September 30, 2015.  The court will conduct an in person status conference with all attorneys, and the mediator, on **September 21, 2015 at 4:00 p.m.**


        S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  August 5, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2015, by electronic and/or ordinary mail.


        S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522