**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHRYSLER GROUP LLC,

    Plaintiff,

v.                                            Case No. 13-14749

HARVEY INDUSTRIES, LLC,

    Defendant.

_____/

CALLIDUS CAPITAL CORP.,

    Plaintiff,

v.                                            Case No. 14-10484

CHRYSLER GROUP LLC,

    Defendant.

_____/

**ORDER SETTING SETTLEMENT CONFERENCE**

    On September 21, 2015, the court conducted a status conference with counsel and Mediator Earle I. Erman in the above-captioned cases. The Mediator updated the court, in general terms, as to the status of settlement efforts. After hearing from the Mediator and counsel for both Chrysler and Callidus, the court is under the firm impression that, if entered into in good faith, one final mediation session may result in a mutually agreeable settlement. Accordingly,

    IT IS ORDERED that counsel and one, or possibly two, decision-making representatives from Chrysler and Callidus are DIRECTED to appear at the Federal

Courthouse in Detroit, Michigan, within the next 28 days, with an exact time to be selected through coordination with the Mediator.  Counsel from Harvey need not appear.  The appropriate client representative(s) in attendance must have authority to negotiate a binding settlement.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  September 28, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 28, 2015, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522